*IT IS SO ORDERED*
*Judge Susan Illston*

**ABELMAN, FRAYNE & SCHWAB**
Michael Aschen (*pro hac vice*)
Anthony J. DiFilippi (*pro hac vice*)
666 Third Avenue
New York, New York 10017
Telephone: (212) 949-9022
Facsimile: (212) 949-9190
Email: maschen@lawabel.com
       ajdifilippi@lawabel.com

**OWEN, WICKERSHAM & ERICKSON, P.C.**
Noel M. Cook, SBN 122777
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone: 415.882.3200
Facsimile: 415.882.3232
Email: ncook@owe.com
Attorneys for the Defendants Blueberry Boulevard, LLC,
The Kmart Corporation of Illinois, Inc., and Bon Ton Stores, Inc.

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
P. Craig Cardon, Cal. Bar. No. 168646
Bridget Russell, Cal. Bar. No. 288107
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone : (415) 434-9100
Facsimile : (415) 434-3947
Email : ccardon@sheppardmullin.com
        brussell@sheppardmullin.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GYM-MARK, INC., a California corporation, and THE GYMBOREE CORPORATION, a Delaware corporation,<br>　　　　　　　*Plaintiffs*,<br>v.<br>BLUEBERRY BLVD. LLC, a New York limited liability company, THE KMART CORPORATION OF ILLINOIS, INC., an Illinois corporation, BON TON STORES, INC., a Pennsylvania corporation, and DOES 1-10,<br>　　　　　　　*Defendants*. | Case No. :14-cv-5079<br>** SECOND<br>**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE MOVE IN RESPONSE TO THE COMPLAINT** |

-1-

1  **IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties to the above captioned action that defendants' time to answer or otherwise move in response to the Complaint herein is extended until and including Wednesday, February 11, 2015, and

**IT IS FURTHER STIPULATED AND AGREED**, by and between counsel for the parties that notwithstanding the aforementioned agreement to extend the defendants' time to respond to the Complaint, the deadlines for the parties to serve their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and for the early meeting of counsel, as well as the February 27, 2015 date for the Initial Case Management Conference are unchanged.

Dated: February 5, 2015     **ABELMAN, FRAYNE & SCHWAB**

/s/ Michael Aschen
Michael Aschen (*pro hac vice*)
Anthony J. DiFilippi (*pro hac vice*)
666 Third Avenue
New York, New York 10017
Telephone: (212) 949-9022
Facsimile: (212) 949-9190
Email: maschen@lawabel.com
       ajdifilippi@lawabel.com

**OWEN, WICKERSHAM & ERICKSON, P.C.**
Noel M. Cook, SBN 122777
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone: 415.882.3200
Facsimile: 415.882.3232
Email: ncook@owe.com

Attorneys for the Defendants Blueberry Boulevard, LLC, The Kmart Corporation of Illinois, Inc., and Bon Ton Stores, Inc.

/
/

STIPULATION EXTENDING DEFENDANTS' TIME TO
ANSWER OR OTHERWISE MOVE IN RESPONSE TO THE COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: February 5, 2015 | **SHEPPARD MULLIN RICHTER & HAMPTON LLP** |
| 2 | | /s/ P. Craig Cardon |
| 3 | | P. Craig Cardon, Cal. Bar. No. 168646 |
| | | Bridget Russell, Cal. Bar. No. 288107 |
| 4 | | Four Embarcadero Center, 17th Floor |
| | | San Francisco, California 94111 |
| 5 | | Telephone: (415) 434-9100 |
| 6 | | Facsimile: (415) 434-3947 |
| | | Email : ccardon@sheppardmullin.com |
| 7 | | brussell@sheppardmullin.com |
| 8 | | Attorneys for Plaintiffs |

-3-

STIPULATION EXTENDING DEFENDANTS' TIME TO
ANSWER OR OTHERWISE MOVE IN RESPONSE TO THE COMPLAINT