UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, INC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BLUEBERRY BLVD. LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-05079-SI<br><br>**NOTICE OF RECUSAL** |

I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED**.

Dated: February 13, 2015

_____
SUSAN ILLSTON
United States District Judge